STEVEN N. RICHMAN, State Bar No. 101267
  *srichman@erlaw.com*
NAMI R. KANG, State Bar No. 227954
  *nkang@erlaw.com*
**EPPORT, RICHMAN & ROBBINS, LLP**
1875 Century Park East, Suite 800
Los Angeles, California  90067-2512
Telephone:   (310) 785-0885
Facsimile:    (310) 785-0787

Attorneys for Defendants FIRST FEDERAL BANK OF CALIFORNIA and SEASIDE FINANCIAL CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| Joseph And Melissa Lepule,<br><br>    Plaintiffs,<br><br>  v.<br><br>FIRST FEDERAL BANK OF CALIFORNIA; COUNTRYWIDE HOME LOANS, INC. SEASIDE FINANCIAL CORPORATION; AND DOES 1-10; et al.,<br><br>    Defendants. | CASE NO. ED CV 09-00909 SGL (CTx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS FIRST FEDERAL BANK OF CALIFORNIA AND SEASIDE FINANCIAL CORPORATION ON THE COMPLAINT OF JOSEPH AND MELISSA LEPULE** |

Pursuant to the Order Granting Motion to Dismiss, Judgment is hereby entered in favor of Defendants First Federal Bank of California ("First Federal") and Seaside Financial Corporation ("Seaside") and against Plaintiffs Joseph and Melissa Lepule (collectively, "Plaintiffs"), as follows:

1.    The Motion to Dismiss Plaintiffs' Complaint filed by Defendants First Federal and Seaside is granted with prejudice and without leave to amend.

2.    Therefore, Judgment is hereby granted in favor of Defendants First Federal and Seaside and against Plaintiffs as to all causes of action in the Complaint.

3.    Plaintiffs shall take nothing by way of their Complaint.

4.    Defendants First Federal and Seaside are awarded their costs of suit as the prevailing party, including attorneys' fees and costs to the extent allowed by law or contract.

DATED: August 28, 2009

_____
HONORABLE STEPHEN G. LARSON

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787